```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CRIMINAL ACTION
                              :
         v.                   :
                              :
MARK WRIGHT                   :      NO. 93-386-5
```

ORDER

AND NOW, this 8th day of May, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant for reduction of his sentence (Doc. #451) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                        J.