IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 93-386-5 |
| | : | |
| MARK WRIGHT | : | |
| USM# 46950-066 | : | |

## O R D E R

AND NOW this 2nd day of February, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 292 months, effective November 1, 2015.

BY THE COURT:

/s/ Harvey Bartle

THE HONORABLE HARVEY BARTLE, III
Senior United States District Court Judge

Copies to:
US Marshal (2)